UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS J. GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>BONNIE LEE, et al.,<br><br>    Defendants. | No.  2:15-cv-1888 MCE CKD P<br><br><br>ORDER |

This pro se prisoner civil rights action proceeds on an Eighth Amendment claim against defendant Hogue.  (ECF Nos. 13 & 15.)  Defendant has answered the complaint.  (ECF No. 29.) As this case has been identified as potentially appropriate for referral to the court's Alternative Dispute Resolution program, before issuing a pretrial scheduling order the court will explore whether settlement talks before a Magistrate Judge would be beneficial.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall, within 30 days from the date of this order, inform the court's Alternative Dispute Resolution (ADR) division, in writing, if they believe a settlement conference would be beneficial, at the following address, fax number, or email address:

    ADR Division

    Attention: Sujean Park

1

    U.S. District Court

    501 I Street, Suite 4-200

    Sacramento, CA 95814

    Fax: (916) 491-3912

    Email: spark@caed.uscourts.gov

Dated: June 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / garc1888.sett