IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS GARCIA,** | Case No. 2:15-cv-1888 MCE CKD (PC) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | (ECF No. 46.) |
| **BONNIE LEE, et al.,** | |
| Defendant. | |

On November 16, 2017, the parties filed a joint stipulation dismissing the action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 46). In light of the parties' stipulation, this action is hereby terminated and dismissed, with prejudice, and without any award of costs or attorneys' fees. Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 27, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE